UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY ANTHONY COLE, SR, 22707-077 § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| v. § | 3:13-CV-1819-B |
| § | |
| FRITO LAYS, ET AL., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by the three-strike provision and that this action is **DISMISSED** under 28 U.S.C. § 1915(g).

SO ORDERED this 13th day of June, 2013.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE